# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  )   CASE NUMBER: CR  00-6047-CR-Z/00h
            Plaintiff  )
                          )
        -vs-  )   REPORT COMMENCING CRIMINAL
                          )   ACTION
SEAN ANTONIO DIXON )
            Defendant            55217-004

[FILED by D.C. MAR 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.]

****

TO: CLERK'S OFFICE     MIAMI     FT. LAUDERDALE     W. PALM BEACH
    U.S. DISTRICT COURT                  (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 03-01-2000  615  (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 841, 852

(4) UNITED STATES CITIZEN:  ( )YES  (X)NO  ( )UNKNOWN

(5) DATE OF BIRTH: 03-09-1966

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [X] INDICTMENT     [ ] COMPLAINT     CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 03-01-2000  (9) ARRESTING OFFICER SSA Joel Mainbir

(10) AGENCY U.S. Customs  (11) PHONE # 954-356-7383 Ext 119

(12) COMMENTS _____