# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

SEAN DIXON

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6047**

CR - ZLOCH MAGISTRATE JUDGE
SELTZER

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SEAN DIXON _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to import controlled substances, importation of cocaine

in violation of Title 21 United States Code, Section(s) 841, 952
in violation of Title 18 United States Code, Section(s)  2

CLARENCE MADDOX _____
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

02/29/00     FORT LAUDERDALE, FLORIDA
Date and Location

_Lurana S. Snow_
LURANA S. SNOW

Bail fixed at $  PRETRIAL DETENTION _Requested_ by CHIEF UNITED STATES MAGISTRATE JUDGE

Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above named defendant at _____ **Ft. Lauderdale, FL** |

| DATE RECEIVED **03/01/2000** | NAME AND TITLE OF ARRESTING OFFICER **James A. Tassone, US Marshal** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST **03/01/2000** | FOR:   USC | Fred Depompa, SDUSM |

19

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:   SEAN DIXON _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____