## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: SEAN DIXON (J)             CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE             ATTY: _____
AGENT: CUSTOMS                   VIOL: 21:963; 952; 846
PROCEEDING I/A ON SEALED INDICT.  RECOMMENDED BOND PTD _Small Enciner_
BOND HEARING HELD - yes/no       COUNSEL APPOINTED: _____
___ BOND SET @                   FLS 001377
___ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone;  ___ x's a wk/month in person
3) Travel extended to:

Gov't moved to unseal indictment
Order signed Unsealing
Deft advised of charges - sworn
for apptmt of Counsel

CJA to be appt'd

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        (PTD) BOND HRG:   3-6  11:30  LSS
                        PRELIM/(ARRAIGN): 3-6  11:30  LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3-1-00   Time: 11:00   FTL/LSS TAPE #00- 011   Begin: 1362   End: ____

26