UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

vs

SEAN DIXON

ARRAIGNMENT INFORMATION SHEET

*FILED by D.C. MAR -6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY__

                        Telephone: _____

DEFENSE COUNSEL:        Name: __ISRAEL ENCINOSA, ESQ.__

                        Address: _____

                        Telephone: _____

BOND SET                $ __PTD ORDERED__

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __6TH__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Denny Butler*
Deputy Clerk

Tape No. __00-013__

cc: Copy for Judge
    U. S. Attorney