COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SEAN DIXON (J)     CASE NO: 00-6047-CR-ZLOCH

AUSA: MICHAEL DITTOE *pres*     ATTY: ISRAEL ENCINOSA *pres*

AGENT:     VIOL:

PROCEEDING (PTD) / ARRAIGNMENT     RECOMMENDED BOND PTD

BOND HEARING (HELD) - (yes)/no     COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*Gov't proceeded by proffer*

*S/A Mark Motenfort*
*Agent Lockhart sworn*

*PTD Ordered - danger to Comm*

*Exh 3 - Transcript*

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

        PTD/BOND HRG:

        PRELIM/ARRAIGN:

        REMOVAL HRG:

        STATUS CONF: 4-6 11 Snow

Date: 3/6/00    Time 11:30    FTL/LSS TAPE #00- 013    Begin: 1602    End:

*start hrg. 2486*
*end 00-014 end 1410*

48