```
                                                            FILED by _____ D.

            UNITED STATES DISTRICT COURT                    MAR 15 2000
            SOUTHERN DISTRICT OF FLORIDA
            CASE NO. 00-6047-CR-ZLOCH                       CLARENCE MADDOX
                                                            CLERK U.S. DIST. CT.
                                                            S.D. OF FLA. FT. LAUD.
```

UNITED STATES OF AMERICA

      v.                              NOTICE SETTING CAUSE FOR TRIAL

JAMES BOOKER
JARROD KNIGHT
SEAN DIXON
DONNELL BOKS
ARCHIE EARNEST
JOHN GOETZ

_____

      TAKE NOTICE that the above-entitled case has been set for Calendar Call at <u>9:00</u> AM, April 24, 2000 before the Honorable William J. Zloch, United States District Judge at the U. S. District Court, Courtroom A, 299 E. Broward Boulevard, Fort Lauderdale, Florida, for the trial period commencing April 25, 2000. At that time each case will be assigned a number for trial. Counsel for defendant shall notify defendant of the above dates.

      Proposed Jury Instructions must be submitted at the beginning of trial.

      Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

      All counsel are required to inform the Court when an interpreter is needed prior to trial.

      All counsel are required to file current speedy trial reports prior to Calendar Call.

      In a criminal case, if the defendant has not obtained counsel, the AUSA shall notify defendant of the above dates.

     **Any motion for continuance for any reason must be filed 14 calendar days prior to calendar call. Failure to do so will result in automatic denial of the motion.**

     Please notify the Court immediately at (954) 769-5485 of any settlement in this case.

DATE: 3/15/2000

BY ORDER OF THE COURT:
CLARENCE MADDOX, CLERK

BY: _____
CARLINE T. NEWBY
COURTROOM DEPUTY CLERK

copies furnished:
Terry Thompson, Esq., AUSA
Michael Dittoe, Esq., AUSA
Daryl Wilcox, Esq., AFPD
Joel Robrish, Esq.
Isreal Encinosa, Esq.
Harold Keefe, Esq.
Philip Horowitz, Esq.
Ruben Garcia, Esq.