UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6047-CR-ZLOCK

   Plaintiff,

v.

SEAN DIXON,

   Defendant.
_____/

## MOTION TO SUPPLEMENT MOTION FOR RECONSIDERATION OF MAGISTRATE'S PRETRIAL DETENTION ORDER, AND OTHER RELIEF

COMES NOW the Defendant, SEAN DIXON, by and through the undersigned attorney and in support of this motion states as follow:

1. The Defendant, SEAN DIXON, has filed a Motion seeking the District Court to reconsider the Pre-Trial Detention Order entered by the Magistrate Judge. The Defendant wants to supplement said motion with the transcript of the Pre-Trial Detention hearing.

2. The Defendant also requests that a hearing be held on said motion.

WHEREFORE FOR good cause shown the Defendant, SEAN DIXON, respectfully requests that this Honorable Court enter an order allowing the Defendant to Supplement said Motion with the transcript of the Pre-Trial Detention Hearing and further more that a Hearing be held on this matter.

76

Respectfully submitted,

_____
Israel J. Encinosa, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregone document was mailed to AUSA Michael Dittoe, at 99 N.E. 4th Street, Miami, FL 33132-2111, this 17th day of February, 2000.

Respectfully submitted,

Israel J. Encinosa, Esq.
111 N.E. 1 Street, 9th Floor
Miami, FL 33132
Tel. (305) 374-1500
Fax (305) 374-0127

_____
Israel J. Encinosa, Esq.
F.B.N. 435007