UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6047-CR-ZLOCK

　　　　Plaintiff,

v.

SEAN DIXON,

　　　　Defendant.
_____/

## MOTION FOR RECONSIDERATION OF MAGISTRATE'S PRETRIAL DETENTION ORDER

COMES NOW the Defendant, SEAN DIXON, by and through the undersigned attorney and in support of this motion states as follow:

1. The Magistrate Judge entered a Pretrial Detention order as to the Defendant Sean Dixon.

2. During the Pre-Trial Detention Hearing the Magistrate Judge found that the Defendant was a danger to the community based sole on the fact that at the time that the Defendant was arrested, a gun was retrieved from the defendant's home.

3. The Defendant is not a convicted felon or an illegal alien and thus had the right to posses a firearm inside his house. The right to posses firearms is guaranteed by the Second Amendment of the United States Constitution. Accordingly, one should not be punished for exercising

his/her rights as guaranteed by the United States Constitution. In addition, the court can impose as a condition of his release that the Defendant not posses a firearm while he is on bond.

4. During the Pre-Trial Detention Hearing there was no evidence presented that the Defendant presented a danger to the community.

5. The Government's case against the Defendant is extremely weak in that it consist sole on reference to a guy named "Dred" by two individual in the course of a wiretap conversation. The Government did not denied that the Defendant voice did not appeared in any of the wiretap conversation.

6. Not only is the Government case against the Defendant very weak, the Defendant has very strong tides to the community. (see hearing transcript)

WHEREFORE FOR good cause shown the Defendant, SEAN DIXON, respectfully requests that this Honorable Court enter an order vacating the Pre-Trial Detention order and further more that the Court impose a personal surety bond to be signed by the Defendant, his fiancee Rebecca Mathis, Rebecca's father and the Defendant's Mother.

Respectfully submitted,

Israel J. Encinosa, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregone document was mailed to AUSA Michael Dittoe, at 99 N.E. 4th Street, Miami, FL 33132-2111. this 17th day of February, 2000.

                            Respectfully submitted,

                            Israel J. Encinosa, Esq.
                            111 N.E. 1 Street, 9th Floor
                            Miami, FL 33132
                            Tel. (305) 374-1500
                            Fax (305) 374-0127

                            _____
                            Israel J. Encinosa, Esq.
                            F.B.N. 435007