AO 456 (Rev. 5/85) Notice

# United States District Court

Southern **DISTRICT OF** Florida

UNITED STATES OF AMERICA

V.

JAMES BOOKER, et al

**NOTICE**

CASE NUMBER: 00-6047-CR-Zloch

FILED by _____ D.C.
MAR 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

**TYPE OF CASE:**
☐ CIVIL   ☒ CRIMINAL

---

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 299 E. Broward Blvd. Ft. Lauderdale, FL 33301 | 110-Mag. Judge Seltzer's Courtroom |
| | **DATE AND TIME** Monday- April 10, 2000 at 11:00am |

**TYPE OF PROCEEDING**

Hearing on Government's Motion for Protective Order to Defer Compliance with Paragraphs D and E of the Standing Discovery Order

---

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

---

BARRY S. SELTZER
U.S. MAGISTRATE ~~OR CLERK OF COURT~~ Judge

_(signature)_

March 22, 2000
**DATE**

(BY) DEPUTY CLERK

**To:** Michael Dittoe, AUSA
Ruben Garcia, Esq.
Philip Horowitz, Esq.
Harold Keef, Esq.
Israel Encinosa, Esq.
Joel Robrish, Esq.
Daryl Wilcox, AFPD
Judge William J. Zloch
File

78