UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                        **O R D E R**

SEAN DIXON,

      Defendant.
_____/



THIS MATTER is before the Court upon the Motion To Supplement Motion For Reconsideration Of Magistrate's Pretrial Detention Order, And Other Relief (DE 76) filed herein by the Defendant, Sean Dixon. The Court notes that on March 6, 2000, a hearing was conducted before United States Magistrate Judge Lurana S. Snow to determine whether the Defendant, Sean Dixon, should be detained prior to trial. The court having carefully reviewed said Motion (DE 76) and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Sean Dixon, shall have transcribed and filed with the Clerk of this Court, within ten (10) days from the date of this Order, a complete transcript of the pretrial detention hearing which took place before the Magistrate Judge on March 6, 2000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

                                    _____
                                   WILLIAM J. ZLOCH
                                   United States District Judge

Copies furnished:
See attached Mailing List

UNITED STATES OF AMERICA v. SEAN DIXON
CASE NO. 00-6047-CR-ZLOCH

Michael Dittoe, Esq., AUSA
For Plaintiff

Israel J. Encinosa, Esq.
For Defendant