UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,            CASE No. 00-6047-CR-ZLOCH

    Plaintiff,

v.                                   **NOTICE OF PERMANENT APPEARANCE**

SEAN DIXON,

    Defendant.
_____/

    PLEASE TAKE NOTICE that SCOTT W. SAKIN, Attorney at Law, does hereby enter his permanent appearance for trial purposes only, and not for appeal, as attorney of record for the Defendant SEAN DIXON, and respectfully requests this Court to forward to the undersigned all notices, correspondence, pleadings and any and all other pertinent data pertaining to the above styled case.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Office of the United States Attorney, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33394 this 28th of March, 2000.

    Respectfully submitted:

    SCOTT W. SAKIN, P.A.
    Attorney for the Defendant
    1411 N.W. N. River Drive
    Miami, Florida 33125
    (305) 545-0007
    Fla. Bar No.: 349089

    By: _____
        Scott W. Sakin, Esq.