UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CASE NO.:00-6047-CR-ZLOCH

V.

SEAN DIXON,

    Defendant.
_____/

### DEFENDANT DIXON'S REQUEST FOR RULE 404(b) EVIDENCE

DEFENDANT, SEAN DIXON, through undersigned counsel, hereby requests, pursuant to Federal Rule of Evidence 404(b) and S.D. Fla. L.R. 88.10H, that the government advise the Defendant of evidence of other crimes, wrongs, or acts that the government may use at trial. Defendant specifically requests reasonable notice in advance of trial of the general nature of any such evidence.

    I HEREBY CERTIFY that a true and correct copy of the above was furnished to **the Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this ____ day of April, 2000.

                                           Respectfully submitted:
                                           SCOTT W. SAKIN, P.A.
                                           Attorney for Defendant
                                           1411 N.W. North River Drive
                                           Miami, FL 33125
                                           Tel: (305) 545-0007
                                           Fla. Bar #349089

                                           BY: _____
                                               Scott W. Sakin, Esq.