UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,        CASE NO.: 00-6047-CR-ZLOCH

V.

SEAN DIXON,

    Defendant.
_____/

### DEFENDANT DIXON'S REQUEST FOR EXPERT WITNESS SUMMARIES

DEFENDANT, SEAN DIXON, through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E) and S.D. Fla. L.R. 88.10N, requests a written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Defendant specifically requests the expert witness(es) opinions, the basis and the reasons for those opinions, and the witness(es) qualifications.

I HEREBY CERTIFY that a true and correct copy of the above was furnished to **Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, this ___4___ day of April, 2000.

        Respectfully submitted:

        SCOTT W. SAKIN, P.A.
        Attorney for Defendant
        1411 N.W. North River Drive
        Miami. FL 33125
        Tel: (305) 545-0007
        Fla. Bar #349089

        BY: _____
             Scott W. Sakin, Esq.

