UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    CASE NO. 00-6047-CR-ZLOCH

    Plaintiff,

v.

SEAN DIXON,    STIPULATION FOR SUBSTITUTION OF COUNSEL

    Defendant.
_____/

The undersigned hereby stipulate that Scott W. Sakin, Esquire shall, from this day henceforth, be attorney of record in this cause for SEAN DIXON, and that Israel Encinosa, Esquire shall be discharged as attorney of record in this cause.

| SCOTT W. SAKIN, P.A. | ISRAEL ENCINOSA, ESQ. |
|---|---|
| 1411 N.W. N. River Drive | 111 N.E. 1st Street, Suite 914 |
| Miami, Florida 33125 | Miami, Florida 33132 |
| (305) 545-0007 | (305) 374-1500 |
| Fla. Bar # 349089 | Fla. Bar # |
| By: _____ | By: _____ |
| Scott W. Sakin, Esq. | Israel Encinosa, Esq. |

### ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED AND ADJUDGED that Scott W. Sakin, P.A., shall be the attorney of record for the above-named defendant, and Israel Encinosa, Esq., is hereby discharged as attorney of record in this cause.
DONE AND ORDERED this ____ day of April, 2000, at Fort Lauderdale, Broward County, Florida.

_____
~~WILLIAM J. ZLOCH~~
UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE