U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT:  James Booker et al (no defts)

AUSA:  Mike Ditto *present*

AGENT:

PROCEEDING:  Motion for protective
order to defer compliance re SDO

BOND HEARING HELD - yes/no

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

CASE NO: 00-6047-CR-Zloch

ATTNY:  *Gary Rosenberg*
FPD, Joel Robrish, Isreal Encinosa
Harold Keefe, Phil Horowitz,

VIOL: Ruben Garcia, Scott Sakin

BOND REC: _____

COUNSEL APPOINTED: _____

FILED by ___ D.C.

APR 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*Attys present*

— *Atty Gary Rosenberg*

*enters perm. notice*

*of appearance - replacing*

*FPD*

— *Harold Keefe*

— *Scott Sakin/stood in for Robrish, too*

— *Phil Horowitz*

— *Reuben Garcia*

*(Robrish + Encinosa not*
*present)*

*Motion is Denied/Ct.*

*to stay order pending*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | *Appeal to District* |
| PTD/BOND HEARING: | | | *Ct. Judge* |
| PRELIM/ARRAIGN. OR REMOVAL: | | | *Re expert witness info + 404 B motion* |
| STATUS CONFERENCE: | | | *Granted* |

DATE:  4-10-00    TIME:  11:00am    TAPE # 00-023 PG # 8

*1151 - 2660*

*JM*
97

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
travel documents.

4) Rpt to PTS as directed /or _____ x's a
week/month by phone; _____ x's a week/month
in person.

5) Random urine testing by Pretrial Services.
Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House

_____ Electronic Monitoring