```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION
```

FILED by \_\_\_\_ M D.C.
CT. REP.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,          No.: 00-6047-CR-ZLOCH

        Plaintiff,         March 6, 2000
                           Fort Lauderdale, Florida

v.

JAMES BOOKER et al.,

        Defendants.                **ORIGINAL**

_____/

   TRANSCRIPT OF DEFENDANT BOOKER AND DEFENDANT DIXON'S
     PRETRIAL DETENTION HEARINGS AND ARRAIGNMENTS
       BEFORE THE HONORABLE LURANA S. SNOW,
         UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MICHAEL DITTOE<br>Asst. U.S. Attorney<br>Fort Lauderdale, Florida |
| For Defendant Archie: | MR. HOROWITZ, Esq. |
| For Defendant Knight: | JOEL ROBRISH, Esq. |
| For Defendant Booker: | DARYL WILCOX<br>Asst. Federal Public Defender<br>Fort Lauderdale, Florida |
| For Defendant Dixon: | MR. ESPINOSA, Esq. |
| Transcriber: | S. Cullison |

Accurate Reporting Services, Inc.
Third Floor
172 West Flagler Street
Miami, Florida 33130



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**

Case 0:00-cr-06047-PCH  Document 103  Entered on FLSD Docket 04/24/2000  Page 2 of 2