UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
APR 24 2000

CASE NUMBER 00-6047-Cr-Zloch   DATE 4-24-00
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. James Booker, et al

U.S. ATTORNEY Michael Dittoe   DEFT COUNSEL Rosenberg; Robbish; Sakin; Keefe; Horowitz

DEFENDANT: PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Defts Knight & Booker mtns to continue granted - all time excludable until trial actually commences -

JUDGMENT

CASE CONTINUED TO   TIME   FOR

MISC 2 weeks

108