UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              O R D E R

SEAN DIXON,

    Defendant.
_____/


FILED by _____ D.C.
APR 25 2000

    THIS MATTER is before the Court upon the Defendant, Sean Dixon's Motion For Reconsideration Of Magistrate's Pretrial Detention Order (DE 77).

    A detainee may move the district court to revoke or amend the Magistrate's pretrial detention order pursuant to Title 18 U.S.C. section 3145 following a Magistrate's order that a detainee be held without bond pending trial. Following the teachings of the Eleventh Circuit Court of Appeals in United States v. Hurtado, 779 F.2d 1467 (11th Cir. 1985), United States v. Gaviria, 828 F.2d 667 (11th Cir. 1987), and United States v. King, 849 F.2d 485 (11th Cir. 1988), the district court must then conduct an independent review of the record to determine whether the Magistrate properly found that pretrial detention is necessary. If the district court determines that factual issues remain to be resolved or that additional evidence is necessary, the court may conduct an evidentiary hearing to resolve these issues and must then enter



written factual findings and written reasons supporting its decision. King, 849 F.2d at 490.

If the district court determines that an evidentiary hearing is not necessary, it may determine after a careful review of the pleadings and evidence developed at the Magistrate's detention hearing that the Magistrate's factual findings are supported and that the Magistrate's legal conclusions are correct. The district court may then explicitly adopt the Magistrate's pretrial detention order without preparing its own written findings of fact and statement of reasons supporting pretrial detention.

Thus, the Eleventh Circuit has held that the district court need only make written findings and a written statement of reasons supporting pretrial detention where:

> (1) the district court considers evidence which was not considered by the magistrate; or (2) the district court adopts the magistrate's recommendation that pretrial detention is necessary but finds that certain of the magistrate's underlying conclusions or factual findings are incorrect or unsupported by the evidence.

King, 849 F.2d at 491.

After conducting a careful and independent de novo review of the entire court file herein, including the entire transcript herein (DE 103) of the Pre-Trial Detention Hearing before the United States Magistrate Judge, the Court finds that the Magistrate Judge's factual findings are supported by the record and that the Magistrate Judge properly concluded that the Government has met its burden of establishing the requirements of Title 18, section 3142.

The Court in its review has not considered any new or additional evidence not considered by the Magistrate Judge.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendant, Sean Dixon's Motion For Reconsideration Of Magistrate's Pretrial Detention Order (DE 77) be and the same is hereby **DENIED**; and

2. The Detention Order (DE 59) of United States Magistrate Judge Lurana S. Snow, dated March 10, 2000, be and the same is hereby approved, adopted and ratified by the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2000.

　

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Michael J. Dittoe, Esq., AUSA

Scott W. Sakin, Esq.