CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE **Paul C Huck**

FILED by _____ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

======================================================

CASE NO. **00-6047-CR**          DATE **10/18/2000**

CLERK    Valerie Thompkins       REPORTER **Larry Herr**

USPO    _____         INTERPRETER _____

UNITED STATES OF AMERICA vs. **James Booker, Jarrad Knight, Sean Dixon, Donnell Books, Earnest Archie**

AUSA **Michael Dittoe**          DEFENSE CSL. **Philip Horowitz, Gary Rosenberg, Scott Sakin, Joel Robrish**

Defendant(s) Present____ Not Present ✓  In Custody_____

TYPE OF HEARING **Calendar Call**

RESULT OF HEARING **Defense motion to Continue Trial filed on 10/12/00 is hereby granted. All counsel join in Oral Tenus to a Continuance for their defendant(s) granted.**

======================================================

NEW DATES SET BY COURT

Defense P/T/Motions   _____    Trial Date _____

Govt. Resp to P/T/Motions _____ Further S/C _____

Change of Plea  _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.