

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK/BROWN

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
JAMES BOOKER,
JARROD KNIGHT,
SEAN DIXON,
DONNELL BOKS,
EARNEST ARCHIE,
    Defendant.
_____/

### ORDER GRANTING CONTINUANCE OF TRIAL DATE

THIS CAUSE was considered upon the Defendant's Earnest Archie, Motion to Continue Trial [( file October 12, 2000)]. For the reasons set forth in the motion and the representations of counsel and the Court finding that the ends of justice will be served by the granting of a continuance and that it outweighs the best interest of the public and the Defendant in a speedy trial it is:

ORDERED AND ADJUDGED that the Motion to Continue the Trial is hereby GRANTED. Trial in this cause is set for the two-week period commencing March 12, 2001, and ending March 23, 2001, in the U.S. Courthouse 301 N. Miami Avenue, 4th Floor, Miami, Florida. Calendar Call will be held at 8:30 a.m. on Wednesday, March 07, 2001.

The Court finds that the period of delay from October 12, 2000 to March 23, 2001 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

Section 3161, et. seq. It is further

ORDERED and ADJUDGED that all discovery responses and/or pretrial motions shall be filed within the time limitations set forth in this Court's Standing Discovery Order. **A continuance of the trial date in this matter shall not extend the deadline for the filing of motions**. Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Pretrial motions shall be filed no later than ten days prior to trial. Responses to motions shall be filed by the deadline set by Local Rule 7.1.(C) and in no event later than 2 days prior to trial. Counsel shall serve motions and opposition memoranda by hand-delivery when it is practicable to do so.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits at least by the day prior to the beginning of the trial.

**Special Status Hearing set for January 12, 2001 @ 8:30 a.m.**

DONE AND ORDERED in Chambers, Miami, Florida, this 3rd day of November, 2000.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to: all counsel of record