FILED by _____ D.C.
NOV 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        NOTICE OF HEARING

SEAN DIXON,

        Defendant.
_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Tuesday, December 12, 2000, at 5:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: November 29, 2000

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Michael Dittoe, AUSA
    Scott Sakin, Esq
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services