UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,     CASE NO. 

      PLAINTIFF,

V.

SEAN DIXON,

      DEFENDANT.

_____/

**DEFENDANT DIXON'S POSITION WITH RESPECT
TO SENTENCING FACTORS**

DEFENDANT, SEAN DIXON, through counsel, files this his position with respect to sentencing factors as follows:

1.     The list of related cases on page 2 of the Pre-Sentence Investigation Report ("PSIR") are not related in any way to SEAN DIXON.

2.     Paragraphs 4, 5, 6, 7, 8, 9, 10, and 11 have no relation to SEAN DIXON. SEAN DIXON does not know these people, was not involved with these people, and has no knowledge of their activities.

3.     Paragraph 14 of the PSIR discusses an ongoing conspiracy, but the majority of that time frame and actions have nothing to do with SEAN DIXON. Although there may be others who were involved with drugs working at Port



Everglades, these persons had no involvement with SEAN DIXON.

4. Paragraphs 18 and 19 of the PSIR discuss many persons who SEAN DIXON has no knowledge.

5. Paragraph 25 of the PSIR. No set amount was determined for which SEAN DIXON would be paid for his role as a look-out in this case.

6. Paragraph 51 of the PSIR. SEAN DIXON believes that he is a United States citizen, having been sworn in while in the United States military.

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Attorney for Defendant Dixon
1411 N.W. North River Drive
Miami, Florida 33125
(305) 545-0007
Fla. Bar No. 349089

By:_____
Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Connie Garcia, U.S. Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132; and to Michael Dittoe, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 on this ____ day of February, 2001.

By:_____
Scott W. Sakin, Esq.

Ricardo Batista #069939 Dorm A2105-
South Florida Reception Center
14000 NW 41 Street
Miami, FL 33178

United States District Court
Southern District of Florida
Federal Court House Square
301 N. Miami Avenue, Room 150
Miami, Florida 33128-7755