SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DEFENDANT: Sean Dixon
CASE #: 00-6047-CR
JUDGE: PAUL C. HUCK
Deputy Clerk: VALERIE THOMPKINS
DATE: 2-26-01
Court Reporter: LARRY HERR
USPO: Connie Garcia
AUSA: Michael Dittoe
Deft's Counsel: Scott Sakin

COUNTS DISMISSED: All remaining

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment
| Years | Months | Counts |
|---|---|---|
|  | 70 | I |

Supervised Release: 3 yrs.

Probation
| Years | Months | Counts |
|---|---|---|

Comments: _____

Assessment $: 100.00 / XY
Fine $: 0
Restitution /Other: _____

### CUSTODY
____ Remanded to the Custody of the U.S. Marshal Service   ____ Release on bond pending appeal
____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: facility in South Florida